Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  24−19855−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gertrude Sefranek
   7 Helen Avenue
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9616

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/18/24
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 22, 2024
JAN: gan

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-19855-CMG
Gertrude Sefranek  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 132 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gertrude Sefranek, 7 Helen Avenue, Freehold, NJ 07728-2607 |
| 520413851 | + | ABBA Medical, PO Box 275, Keasbey, NJ 08832-0275 |
| 520413861 | + | GS Solar II, LLC, PO Box 8011, Dublin, OH 43016-2011 |
| 520413860 | + | Gratoit County Treasurer, 214 E. Center Street, Ithaca, MI 48847-1446 |
| 520413866 | + | Oceanside Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |
| 520413868 | + | Rainbow Lakes Maintenance Corp., 4353 Rainbow Lake Road, Perrinton, MI 48871-9762 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520413852 | + | Email/Text: customer.service@atlantichealth.org | Oct 22 2024 20:34:00 | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520413853 | | Email/Text: EBN@brockandscott.com | Oct 22 2024 20:33:00 | Brock & Scott, PLLC, 302 Fellowship Road, Mount Laurel, NJ 08054 |
| 520413854 | | Email/Text: BKBCNMAIL@carringtonms.com | Oct 22 2024 20:33:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road , Stes 110 & 20, Anaheim, CA 92806 |
| 520413855 | + | Email/Text: aalegalforwarding@wakeassoc.com | Oct 22 2024 20:33:00 | Choice Recovery, Attn: Bankruptcy, 1105 Schrock Rd , Ste 700, Columbus, OH 43229-1168 |
| 520419381 | | Email/Text: mrdiscen@discover.com | Oct 22 2024 20:33:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520413856 | + | Email/Text: mrdiscen@discover.com | Oct 22 2024 20:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520413857 | | Email/Text: bankruptcycourts@equifax.com | Oct 22 2024 20:34:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520413858 | ^ | MEBN | Oct 22 2024 20:26:57 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520413859 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 22 2024 20:42:21 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520413862 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 22 2024 20:33:00 | IGS Solar LLC, c/o Wakefield & Associates LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 520413864 | ^ | MEBN | Oct 22 2024 20:27:23 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520419130 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

|  |  |  | Oct 22 2024 20:41:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| --- | --- | --- | --- | --- |
| 520413865 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 20:42:12 | LVNV Funding, LLC, c/o Resurgent Capital Services, LP, 55 Beattie PL Suite 110, Greenville, SC 29601-5115 |
| 520413867 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 20:42:55 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520413869 | + | Email/Text: DeftBkr@santander.us | Oct 22 2024 20:34:00 | Santander Bank, 450 Penn Street Mail Stop 10-421-CPW, Reading, PA 19602-1011 |
| 520413870 | ^ | MEBN | Oct 22 2024 20:26:34 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520413871 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 20:41:38 | Verizon, American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520413863 |  | Jefferson Capital Systems, LLC, PO Box 7999 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank United N.A. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Gertrude Sefranek ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4