**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 528-1166
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

**Gertrude Sefranek**

              Debtor

Case No.: 24-19855

Judge:   Christine M. Garvelle

Chapter:   13

## CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

    \_\_\_ represent the _____ in the above-captioned matter.

    **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtor** in the above captioned matter.

2. On **October 18, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Order Shortening Time Period, Motion for Continuance of the Automatic Stay and Proposed Order**

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 10/18/24

/s/ Tiffany Vasarkovy_____
TIFFANY VASARKOVY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo | Chapter 13 Trustee | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>**X** Notice of Electronic Filing<br>___ Other_____ |
| Carrington Mortgage Services<br>Attn.: Managing Agent/ Bankruptcy Dept.<br>PO Box 7051<br>Pasadena, CA 91109 | Mortgage Company | ___ Hand Delivered<br>**X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>**X** Other___**FEDEX**_____ |
| KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for creditor | ___ Hand Delivered<br>**X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>**X** Notice of Electronic Filing<br>Other_____ |
| ABBA Medical<br>PO Box 275<br>Keasbey, NJ 08832-027 | Creditor | ___ Hand Delivered<br>**X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4871-5238-3107, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atlantic Health System<br>PO Box 21385<br>New York, NY 10087 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Brock & Scott, PLLC<br>302 Fellowship Road<br>Mount Laurel, NJ 08054 | Noticing | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other___ _____ |
| Choice Recovery<br>Attn: Bankruptcy<br>1105 Schrock Rd , Ste 700<br>Columbus, OH 43229 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___E-mail<br>___ Notice of Electronic Filing<br>Other_____ |
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Gratoit County Treasurer<br>214 E. Center Street<br>Ithaca, MI 48847 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other___ _____ |
| GS Solar II, LLC<br>PO Box 8011<br>Dublin, OH 4301 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___E-mail<br>___ Notice of Electronic Filing<br>Other_____ |
| IGS Solar LLC<br>c/o Wakefield & Associates LLC<br>PO Box 51272<br>Knoxville, TN 37950 | Creditor | ___ Hand Delivered<br> **X** Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

Case 24-19855-CMG    Doc 20    Filed 10/31/24    Entered 10/31/24 13:26:02    Desc Main
Document      Page 5 of 7

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>c/o Resurgent Capital Services, LP<br>55 Beattie PL Suite 110<br>Greenville, SC 29601 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Oceanside Mortgage Co<br>Po Box 77404<br>Ewing, NJ 08628 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other___ _____ |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___E-mail<br>___ Notice of Electronic Filing<br>Other_____ |
| Rainbow Lakes Maintenance Corp.<br>4353 Rainbow Lake Road<br>Perrinton, MI 48871 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Santander Bank<br>450 Penn Street Mail Stop 10-421-CPW<br>Reading, PA 19601 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
| Verizon<br>American InfoSource<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other___ _____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___E-mail<br>___ Notice of Electronic Filing<br>Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4871-5238-3107, v. 1