Gillman Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

**Order Filed on October 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.: **24-19855** |
| **Gertrude Sefranek** | Judge: **Christine M. Gravelle** |
| | Chapter: **13** |

## ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 31, 2024**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

4855-7780-8112, v. 1

(Page 2)

Debtor(s):  **Gertrude Sefranek**
Case No.:   **24-19588 (CMG)**
Caption of Order:   **Order Extending the Automatic Stay as to All Creditors**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor, to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. §362(c)(3), as hereinafter set forth, and for cause shown, it is

    **ORDERED** that the Automatic Stay pursuant to 11 U.S.C. §362, as to All Creditors served with the notice of motion, be and hereby is extended for the duration of the Debtor's Chapter 13 case.

4855-7780-8112, v. 1