Gillman Capone, LLC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Attorneys for Debtor

Order Filed on October 31, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| In Re: | Case No.: **24-19855** |
| **Gertrude Sefranek** | Judge: **Christine M. Gravelle** |
| | Chapter: **13** |

### ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 31, 2024**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

(Page 2)

Debtor(s):   **Gertrude Sefranek**
Case No.:    **24-19588 (CMG)**
Caption of Order:    **Order Extending the Automatic Stay as to All Creditors**

Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor, to Extend the Automatic Stay as to All Creditors pursuant to 11 U.S.C. §362(c)(3), as hereinafter set forth, and for cause shown, it is

**ORDERED** that the Automatic Stay pursuant to 11 U.S.C. §362, as to All Creditors served with the notice of motion, be and hereby is extended for the duration of the Debtor's Chapter 13 case.

4855-7780-8112, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Gertrude Sefranek  
    Debtor

Case No. 24-19855-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Oct 31, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gertrude Sefranek, 7 Helen Avenue, Freehold, NJ 07728-2607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank United N.A. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Gertrude Sefranek ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4