Marc C. Capone, Esq.
**GILLMAN CAPONE, LLC**
60 Highway 71, Unit 2
Spring Lake Heights, New Jersey 07762
(732) 528-1166(Tel.)
(732) 528-4458 (Fax)
bk@gillmancapone.com   (E-Mail)
Attorneys for Debtor

Order Filed on January 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:                | Chapter 13                        |
|-----------------------|-----------------------------------|
| GERTRUDE SEFRANEK     | Case No. **24-19855**             |
|                       | Hearing Date: 1/15/24             |
| Debtor(s)             | Judge: **Christine M. Gravelle**  |

**ORDER ON DEBTOR'S MOTION AUTHORIZING CONTINUATION OF CASE PURSUANT TO BANKR. R. 1016 AND AUTHORIZING DEBTOR'S SON AND POWER OF ATTORNEY TO APPEAR ON BEHALF OF THE DEBTOR AT THE MEETING OF CREDITORS**

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

**DATED: January 15, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4899-2243-6609, v. 1

THIS MATTER having come before the Court by was of the Debtor's an Order Authorizing the Continuation of Case and Authorizing the Debtor's Son and Power of Attorney to Appear on Behalf of the Debtor at the Meeting of Creditors; Marc C. Capone, Esq. of Gillman, Bruton & Capone, LLC, appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1.  THAT the Debtor's Chapter 13 case shall continue pursuant to Bank. R. 1016.

2.  THAT the Debtor's Son and acting Power of Attorney, Wolfgang Sefranek, is permitted to appear at the Section 341 Meeting on behalf of the Debtor.

4899-2243-6609, v. 1