Marc C. Capone, Esq.
**GILLMAN CAPONE, LLC**
60 Highway 71, Unit 2
Spring Lake Heights, New Jersey 07762
(732) 528-1166(Tel.)
(732) 528-4458 (Fax)
bk@gillmancapone.com  (E-Mail)
Attorneys for Debtor



**Order Filed on January 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>GERTRUDE SEFRANEK<br><br><br>Debtor(s) | Chapter 13<br><br>Case No. **24-19855**<br><br><br>Hearing Date: 1/15/24<br><br>Judge: **Christine M. Gravelle** |

**ORDER ON DEBTOR'S MOTION AUTHORIZING CONTINUATION OF CASE
PURSUANT TO BANKR. R. 1016 AND AUTHORIZING DEBTOR'S SON AND POWER
OF ATTORNEY TO APPEAR ON BEHALF OF THE DEBTOR AT THE MEETING OF
CREDITORS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

ORDERED.


**DATED: January 15, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4899-2243-6609, v. 1

THIS MATTER having come before the Court by was of the Debtor's an Order Authorizing the Continuation of Case and Authorizing the Debtor's Son and Power of Attorney to Appear on Behalf of the Debtor at the Meeting of Creditors; Marc C. Capone, Esq. of Gillman, Bruton & Capone, LLC, appearing for the Debtor; and Notice of the within Motion having been given and Parties having been given timely Notice of the motion, and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1.      THAT the Debtor's Chapter 13 case shall continue pursuant to Bank. R. 1016.

2.      THAT the Debtor's Son and acting Power of Attorney, Wolfgang Sefranek, is permitted to appear at the Section 341 Meeting on behalf of the Debtor.

4899-2243-6609, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 24-19855-CMG

Gertrude Sefranek                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                             User: admin                            Page 1 of 2

Date Rcvd: Jan 16, 2025                   Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

**Recip ID**                 **Recipient Name and Address**
db                   +   Gertrude Sefranek, 7 Helen Avenue, Freehold, NJ 07728-2607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank United N.A. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Gertrude Sefranek ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                              User: admin                              Page 2 of 2
Date Rcvd: Jan 16, 2025                    Form ID: pdf903                          Total Noticed: 1
TOTAL: 5