| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 24-19855 / CMG

Gertrude Sefranek

Petition Filed Date: 10/04/2024
341 Hearing Date: 11/07/2024
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/12/2024 | $600.00 | | 12/12/2024 | $600.00 | | | | |

**Total Receipts for the Period:  $1,200.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Gertrude Sefranek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,091.09 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $10,372.64 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq. | Attorney Fees<br>Hold Funds: Reserve | $0.00 | $0.00 | $0.00 |
| 3 | BANK UNITED, NA<br>»» P/7 HELEN AVE/1ST MTG/ORDER 12/5/24 | Mortgage Arrears | $92,882.03 | $0.00 | $0.00 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $393.78 | $0.00 | $0.00 |
| 5 | SANTANDER BANK, NA | Unsecured Creditors | $24,327.95 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PAYPAL CREDIT | Unsecured Creditors | $2,323.75 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $769.27 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-19855 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,800.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $153.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,647.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

