Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−19855−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gertrude Sefranek
 7 Helen Avenue
 Freehold, NJ 07728

Social Security No.:
 xxx−xx−9616

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 10, 2025.

Dated: February 11, 2025
JAN: rms

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19855-CMG |
| Gertrude Sefranek | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 11, 2025 | Form ID: plncf13 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gertrude Sefranek, 7 Helen Avenue, Freehold, NJ 07728-2607 |
| aty | + | KLM Law Group, PC, 700 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 520413851 | + | ABBA Medical, PO Box 275, Keasbey, NJ 08832-0275 |
| 520413861 | + | GS Solar II, LLC, PO Box 8011, Dublin, OH 43016-2011 |
| 520413860 | + | Gratoit County Treasurer, 214 E. Center Street, Ithaca, MI 48847-1446 |
| 520413866 | + | Oceanside Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |
| 520413868 | + | Rainbow Lakes Maintenance Corp., 4353 Rainbow Lake Road, Perrinton, MI 48871-9762 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 11 2025 20:49:00 | Carrington Mortgage Services LLC, PO Box 7015, Pasadena, CA 91109 |
| 520413852 | + | Email/Text: customer.service@atlantichealth.org | Feb 11 2025 20:50:00 | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 520413853 | | Email/Text: EBN@brockandscott.com | Feb 11 2025 20:49:00 | Brock & Scott, PLLC, 302 Fellowship Road, Mount Laurel, NJ 08054 |
| 520413854 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 11 2025 20:49:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 20, Anaheim, CA 92806 |
| 520452206 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 11 2025 20:49:00 | Bank United N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 520413855 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 11 2025 20:48:00 | Choice Recovery, Attn: Bankruptcy, 1105 Schrock Rd, Ste 700, Columbus, OH 43229-1168 |
| 520419381 | | Email/Text: mrdiscen@discover.com | Feb 11 2025 20:49:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520413856 | + | Email/Text: mrdiscen@discover.com | Feb 11 2025 20:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520413857 | | Email/Text: bankruptcycourts@equifax.com | Feb 11 2025 20:50:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520413858 | ^ | MEBN | Feb 11 2025 20:43:56 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520413859 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 11 2025 20:56:59 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD |

Case 24-19855-CMG    Doc 42    Filed 02/13/25    Entered 02/14/25 00:18:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: plncf13 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57107-0145 |
| 520413862 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 11 2025 20:49:00 | IGS Solar LLC, c/o Wakefield & Associates LLC, PO Box 51272, Knoxville, TN 37950-1272 |
| 520477747 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 11 2025 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520413864 | ^ | MEBN | Feb 11 2025 20:44:46 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520419130 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:56:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520413865 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:57:27 | LVNV Funding, LLC, c/o Resurgent Capital Services, LP, 55 Beattie PL Suite 110, Greenville, SC 29601-5115 |
| 520413867 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 21:19:11 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520474634 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 21:08:26 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 520413869 | + | Email/Text: DeftBkr@santander.us | Feb 11 2025 20:50:00 | Santander Bank, 450 Penn Street Mail Stop 10-421-CPW, Reading, PA 19602-1011 |
| 520473663 | + | Email/Text: DeftBkr@santander.us | Feb 11 2025 20:50:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 520413870 | ^ | MEBN | Feb 11 2025 20:43:20 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520470714 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2025 20:56:51 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520413871 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2025 20:56:29 | Verizon, American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520413863 | | Jefferson Capital Systems, LLC, PO Box 7999 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025        Signature:    /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 11, 2025 | Form ID: plncf13 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank United N.A. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Loss Mitigation Carrington Mortgage Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Gertrude Sefranek ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5