**GILLMAN CAPONE LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gillmancapone.com

Order Filed on March 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Gertrude Sefranek, | Case No. 24-19855 |
| Debtor(s). | Hearing Date: March 5, 2025 |
| | Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: March 20, 2025**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $\_\_\_\_\_5,341.50\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_755.76\_\_\_\_\_ for a total of $\_\_\_\_\_6,097.26\_\_\_\_\_. The allowance is payable:

☒ $\_\_3,097.26\_\_ through the Chapter 13 plan as an administrative priority.

☒ $\_\_3,000.00\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_n/a\_\_\_ per month for \_\_n/a\_\_ months to allow for payment of the above fee.

*rev.8/1/15*

4933-1750-8375, v. 1