UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gertrude Sefranek
    Debtor

Case No.: _____24-19855_____

Adversary No.: _____

Chapter: _____13_____

Judge: _____Christine M Gravelle_____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: _____Santander Bank, N.A., creditor_____
(Example: John Smith, creditor)

Old address: _____PO Box 847051_____
    _____Boston, MA 02284-7051_____
    _____

New address: _____PO Box 847105_____
    _____Boston, MA 02284-7105_____
    _____

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: _____01/06/2026_____          _____/s/Lynn A Grimm_____
                                              Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lynn A Grimm
Bankruptcy Administrator
Santander Bank, N.A.
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

In Re:

Gertrude Sefranek

     Debtor

Case No.: _____24-19855_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: __Christine M Gravelle__

## CERTIFICATION OF SERVICE

1.  I,  _Lynn A Grimm_____  :

☐ represent _____ in the this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in the this matter.

☒ am the _____creditor_____ in the this case and am representing myself.

2.  On _____January 6, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Change of Address

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  __01/06/2026_____

/s/Lynn A Grimm_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gertrude Sefranek<br>7 Helen Avenue<br>Freehold, NJ 07728 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marc C Capone<br>ecf@gillmancapone.com | Debtor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |