Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-19855 / CMG**

Gertrude Sefranek

Petition Filed Date: 10/04/2024
341 Hearing Date: 11/07/2024
Confirmation Date: 02/05/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2025 | $600.00 | | 02/18/2025 | $600.00 | | 03/13/2025 | $793.00 | |
| 04/14/2025 | $793.00 | | 05/13/2025 | $793.00 | | 06/12/2025 | $793.00 | |
| 07/23/2025 | $793.00 | | 08/21/2025 | $793.00 | | 09/23/2025 | $793.00 | |
| 10/17/2025 | $793.00 | | 11/17/2025 | $793.00 | | 12/23/2025 | $793.00 | |
| 01/29/2026 | $793.00 | | | | | | | |

**Total Receipts for the Period:  $9,923.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,123.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Gertrude Sefranek | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,091.09 | $0.00 | $1,091.09 |
| 2 | DISCOVER BANK | Unsecured Creditors | $10,372.64 | $0.00 | $10,372.64 |
| 0 | Marc C. Capone, Esq.<br>»»  ATTY DISCLOSURE/ORDER 3/20/25 | Attorney Fees | $3,097.26 | $3,097.26 | $0.00 |
| 3 | BANK UNITED N.A.<br>»»  P/7 HELEN AVE/1ST MTG/ORDER 12/5/24 | Mortgage Arrears | $92,882.03 | $6,380.90 | $86,501.13 |
| 4 | Verizon by American InfoSource as Agent | Unsecured Creditors | $393.78 | $0.00 | $393.78 |
| 5 | SANTANDER BANK, NA | Unsecured Creditors | $24,327.95 | $0.00 | $24,327.95 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL CREDIT | Unsecured Creditors | $2,323.75 | $0.00 | $2,323.75 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PREMIER BANKCARD MC | Unsecured Creditors | $769.27 | $0.00 | $769.27 |

**Chapter 13 Case No. 24-19855 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,123.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $9,478.16 | Current Monthly Payment: | $793.00 |
| Paid to Trustee: | $910.52 | Arrearages: | $986.00 |
| Funds on Hand: | $734.32 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or
scan this code to get started.**

